JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MEZA, an individual. | CASE NO. CV 08-02237DDP(JTLx) |
| Plaintiff, | |
| vs. | |
| | **JUDGMENT GRANTING DEFENDANTS' CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, and JUSTIN MALCUIT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| CITY OF LOS ANGELES dba LOS ANGELES POLICE DEPARTMENT, an incorporated municipality; JUSTIN MALCUIT, an individual and employee of the CITY OF LOS ANGELES; and DOES 1 through 50, inclusive, | |
| Defendants. | |
| | P.T.C.: April 6, 2009 |
| | TRIAL: April 14, 2009 |

Defendants **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT and JUSTIN MALCUIT** ("Defendants") respectfully submit this Proposed Order and Statement of Decision concurrently with their Notice of Motion and Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment.

The Court has read and considered Defendants' Motion and Plaintiff's Opposition and Defendants' Reply papers thereto.

1

**IT IS HEREBY ORDERED:**

1. Defendants' Motion is **GRANTED** in its entirety based on the findings and conclusions detailed in the Findings of Fact and Conclusions of Law, filed separately in this matter:

   (a) The claim for unreasonable seizure under the Fourth Amendment fails as a matter of law because the Court concludes plaintiff's arrest on February 3, 2006 was based on probable cause under the "totality of the circumstances;"

   (b) The claim for malicious prosecution fails as a matter of law because plaintiff's arrest was lawful;

   (c) The claims for violation of substantive and procedural due process under the Fourteenth Amendment fails as a matter of law because there is no evidence to support said claim;

   (d) The claim for violation of equal protection under the Fourteenth Amendment fails as a matter of law because there is no evidence to support the claim;

   (e) Since plaintiff was never convicted in relation to his arrest on February 3, 2006, his claim for violation the Eighth Amendment fails as a matter of law;

   (f) There is evidence to support plaintiff's conspiracy claim under Section 1983 because plaintiff's claims for violation of his civil rights fail for the above-referenced reasons;

   (g) For the above-referenced reasons, the Court declines to address the issues of municipal liability and qualified immunity;

   (h) Plaintiff's Motion to Amend the Complaint is moot, therefore;

2. This entire action is **DISMISSED WITH PREJUDICE**;

2

1       3.     Defendants shall recover their costs in this action, in an amount to be
2 determined upon appropriate motion; and,
3       4.     This Order shall be without prejudice to a further motion by Defendants for
4 an award of attorney's fees pursuant to 42 U.S.C. §1988.

**IT IS SO ORDERED.**

Dated: July 2, 2009

*[signature]*

**Honorable Dean D. Pregerson**
**United States District Judge**

3